Beverly S. GRAY, an individual, and as Administratrix of the Estate of Mark A. Gray, Plaintiff–Appellant,

v.

HAWKEYE CONTRACTING COMPANY, LLC, a Kentucky Corporation, Defendant–Appellee,

and

Appalachian Security, Inc., a Kentucky Corporation; Catenary Coal Company, LLC, a West Virginia Corporation, Defendants.

No. 12–1726.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2012.

Decided: Dec. 21, 2012.

Charles M. Johnstone, II, William M. Shrewsberry, Jr., Johnstone & Gabhart, LLP, Charleston, West Virginia, for Appellant; Jason S. Hammond, Jordan K. Herrick, Bailey & Wyant, PLLC, Charleston, West Virginia, for Appellee.

Before WILKINSON, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly S. Gray appeals the district court's orders dismissing her claims of negligence and deliberate intent under the West Virginia Workers' Compensation Act, W. Va.Code § 23–4–2 (Lexis Nexis 2005), for failure to state a claim, and denying her subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gray v. Hawkeye Contracting Co.,* No. 2:10–cv–01056 (S.D. W. Va. Nov. 9, 2010 & Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*